No. 93–1874. Russo et al. *v.* Casey et al. C. A. 9th Cir. Certiorari denied.

No. 93–1876. Luong *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 93–1877. Stock *v.* Universal Foods Corp. et al. C. A. 4th Cir. Certiorari denied.

No. 93–1879. Erndt et al. *v.* Pre-Vest, Inc., et al. C. A. 6th Cir. Certiorari denied.

No. 93–1880. City of Castle Rock et al. *v.* Huson. C. A. 9th Cir. Certiorari denied.

No. 93–1881. Ruark et al. *v.* Boatwright et al. C. A. 8th Cir. Certiorari denied.

No. 93–1884. Jenkin *v.* Electro-Tec Corp. C. A. 4th Cir. Certiorari denied.

No. 93–1885. Sessions Tank Liners, Inc. *v.* Joor Manufacturing, Inc. C. A. 9th Cir. Certiorari denied.

No. 93–1886. T. I. Construction Co., Inc. *v.* Kiewit Eastern Co. et al. C. A. 3d Cir. Certiorari denied.

No. 93–1887. Masini Soler *v.* Solicitor General of Puerto Rico et al. Sup. Ct. P. R. Certiorari denied.

No. 93–1889. American Express Bank Ltd. *v.* Sheerbonnet Ltd. C. A. 2d Cir. Certiorari denied.

No. 93–1890. Cemex, S. A. *v.* United States et al. C. A. Fed. Cir. Certiorari denied.

No. 93–1892. Fiore, dba Municipal & Industrial Disposal Co. *v.* Browner, Administrator, Environmental Protection Agency, et al. C. A. 3d Cir. Certiorari denied.